**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LISA BAILEY, | |
| Plaintiff, | |
| v. | Case No.: 19-1283-HLT-TJJ |
| INDICAL MANAGEMENT, LLC, | |
| Defendant. | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION**
**FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Plaintiff, Lisa Bailey, by and through her attorney, Corey M. Adams of McDonald Tinker PA, and files this Memorandum in Support of her Motion for Leave to Amend Complaint. In support of her motion, Plaintiff states:

1. On or about May 31, 2019 and June 10, 2019, Plaintiff dual filed a complaint against the Defendant with the Kansas Human Rights Commission ("KHRC") and the Equal Employment Opportunity Commission ("EEOC") alleging disability discrimination and retaliation based on the Americans with Disabilities Act ("ADA") and the Kansas Act Against Discrimination ("KAAD").

2. On June 13, 2019, the EEOC closed its investigation of the complaint and issued a right to sue letter, requiring that Plaintiff file a lawsuit within 90 days. At the time, the KHRC was still investigating Plaintiff's complaint filed with its office.

3. Due to the deadline following the EEOC's right to sue letter, Plaintiff filed her lawsuit on September 3, 2019 alleging violation of the ADA, while the KHRC was still investigating her complaint.

4. On October 28, 2019, the KHRC dismissed Plaintiff's complaint. In the closure letter, the KHRC stated that Plaintiff must file a Petition for Reconsideration to exhaust her administrative remedies. (*See* Exhibit A, Closure Letter).

5. In order to exhaust her administrative remedies, on November 12, 2019, Plaintiff timely filed a Petition for Reconsideration with the KHRC. The KHRC has not acted on Plaintiff's Motion for Reconsideration.

6. Pursuant to K.S.A. 77-529, Plaintiff fully exhausted her administrative remedies with the KHRC on December 12, 2019, due to the KHRC's inaction.

7. The First Amended Complaint, which is attached to this Memorandum as Exhibit B, adds claims against Defendant for violation of the KAAD following Plaintiff's exhaustion of her administrative remedies with the KHRC.

8. Additionally, Plaintiff's First Amended Complaint seeks punitive damages against Defendant because she alleges that Defendant acted intentionally. Plaintiff originally filed her lawsuit in state court, which does not allow Plaintiff to plead punitive damages without court leave. Her lawsuit was removed to federal court by Defendant, and thus now Plaintiff seeks to plead a claim for punitive damages.

9. Pursuant to Fed. R. Civ. P. 15(a)(2), this Court should freely give leave to amend. Plaintiff was unable to include claims against the Defendant under the KAAD until just recently when she exhausted her administrative remedies with the KHRC. Additionally, Plaintiff was unable to claim punitive damages in her original Petition filed in state court.

10. Pursuant this Court's Scheduling Order, this Motion is timely filed.

11. This Motion is being made in good faith and not for improper purposes.

WHEREFORE, Plaintiff requests that her motion be granted and that she be given leave to file the attached First Amended Complaint.

                                                    s/ Corey M. Adams
                                                    Corey M. Adams, #27253
MCDONALD TINKER, PA
300 W. Douglas, Suite 500
Wichita, KS 67202
Telephone:    (316) 263-5851
Facsimile:    (316) 263-4677
cadams@mcdonaldtinker.com
*Attorneys for Plaintiff Lisa Bailey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2020, the above and foregoing **Memorandum in Support of Motion to Amend** was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeffrey M. Kuhlman
HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, KS 67206
E: jkuhlman@hinklaw.com
*Attorney for Defendant*

                        s/ Corey M. Adams
                        Corey M. Adams, #27253